Dismissed and Memorandum Opinion filed June 7, 2007








Dismissed
and Memorandum Opinion filed June 7, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00715-CV

____________

 

ELBAR INVESTMENTS, INC., Appellant

 

V.

 

BARBARA GREENFIELD, Appellee

 



 

On Appeal from the 295th District Court

Harris County, Texas

Trial Court Cause No. 2004-31435

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed May 22, 2006.  On June 4, 2007, the parties
filed an agreed motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed June 7,
2007.

Panel consists of Chief Justice Hedges and Justices Hudson and Guzman.